UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS NUÑEZ-MILLAN (01),

    Defendant.

Crim. No. 06-018 (JAF)

**O R D E R**

**I.**

Defendant, Jesús Núñez-Millán, is charged in a two-count Indictment with having possessed with intent to distribute in excess of fifty grams of crack cocaine in violation of 21 U.S.C. § 841(a)(1).

A detention hearing was held on March 23, 2006. The court received the testimony of a police officer of the Puerto Rico Police Department, who testified about the Defendant's arrest and his possession with intent to distribute narcotics. An FBI agent working for the Violent Gang Activity Unit also testified about the Defendant's observed activities of large-scale distribution of narcotics from a Caguas residential address. A third witness, another Puerto Rico police officer, also testified about the Defendant's involvement with cocaine and his arrest on January 10, 2006.

Criminal No. 06-018 (JAF)                                                    -2-

On February 27, 2006, Magistrate Judge Delgado-Colón made a bail finding. The judge determined that there was probable cause to believe that the Defendant had committed the charged offense, for which a maximum term of imprisonment of ten years or more is prescribed by statute, and that the Defendant had not rebutted the presumption that no condition or combination of conditions would reasonably assure Defendant's appearance and reassure the safety of the community. Judge Delgado further found that the Defendant represented a serious risk of non-appearance and was a serious risk of endangerment to the safety of other persons or the community.

On March 15, 2006, Judge Delgado reconsidered the issue of bail and entered an order setting conditions of release. On March 16, 2006, the government requested that the issue of bail be reconsidered, alleging that Defendant poses a serious threat to the community.

It appears that the FBI has been investigating the Defendant's criminal activities since 2002. The FBI has confirmed what appears charged in the Indictment – that Defendant Jesús Núñez-Millán is involved in heroin and cocaine trafficking in a drug distribution location at the Turabo Heights public housing project, in Caguas, Puerto Rico. Confidential informants provided information to the government that Defendant is often armed while working at the drug distribution point and that he associates with other known narcotics traffickers. During a surveillance conducted by the FBI on

September 15, 2005, Defendant was observed leaving the drug distribution area at the Turabo Heights housing project and arriving at the Villa Nueva Urbanization, in Caguas, Puerto Rico. He was driving a motorcycle with the license plate covered. Defendant detected the surveillance and took photographs of the law-enforcement agents with his camera phone. He has been arrested by police officers on three separate occasions for possessing illegal narcotics, the most recent being on January 10, 2006. Previous arrests and seizures have produced hundreds of decks of heroin.

## II.

Considering the amount of narcotics in this case – at least 1.2 kilograms of cocaine, the Defendant is exposed to a maximum term of imprisonment of forty years and a minimum term of five years. The Defendant has not rebutted the presumption that one charged with this serious narcotics offense poses a serious risk to the safety of the community. See United States v. Jessup, 757 F.2d 378 (1st Cir. 1985); United States v. Moss, 887 F.2d 333, 336.

We find that no conditions of release would reasonably assure the safety of the community or any persons associated with the prosecution in this case. See United States v. Hawkins, 617 F.2d 59 (5th Cir. 1980). We further find that the Defendant has not rebutted the presumption against bail with some evidence to show that "what is true in general is not true in [this] particular case." United States v. Jessup, 757 F.2d at 384.

Criminal No. 06-018 (JAF)                                                    -4-

The Defendant will remain detained pending trial, inasmuch as he is a threat to the safety of the community or to persons associated with the prosecution in this case.  18 U.S.C. § 3142(f)(2)(A)(B).

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 27th day of March, 2006.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                        Chief U. S. District Judge